# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 13, 2012

No. 11-60398

Lyle W. Cayce
Clerk

SANCHEZ ARANGO CONSTRUCTION,

*Petitioner*

v.

OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION; HILDA
L. SOLIS, SECRETARY, DEPARTMENT OF LABOR,

*Respondents*

On Petition for Review of an Order of the
Occupational Safety and Health Review Commission
10-0461

Before JOLLY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the briefs of the parties and the arguments of counsel, we are satisfied that substantial evidence supports the Occupational Safety and Health Review Commission's ("OSHRC") finding that petitioner violated the two OSHA standards at issue in this appeal. We also find no error in the OSHRC's legal conclusions. Accordingly, the petition for review from the May 19, 2011 OSHRC order is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.